UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KEVIN BRADSHAW, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | NO. 5:16-CV-00388-R |
| v. | | |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | | |
| Defendants. | | |

## **NOTICE OF FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that pursuant to the Court's June 6, 2017 Order [Dkt. No. 61], Plaintiff Kevin Bradshaw submits this First Amended Complaint ("FAC") asserting a revised claim for overtime under the Fair Labor Standards Act and a revised claim for chose/thing in action. Attached as Exhibit 1 is a clean version of the FAC. Attached as Exhibit 2 is a version of the FAC with edits tracked.

Dated: June 27, 2017

                                                                               Respectfully submitted,

                                                                               */s/ Paul B. Maslo*
                                                                               Paul B. Maslo (admitted pro hac)
                                                                               Andrew Dressel (admitted pro hac)
                                                                               NAPOLI SHKOLNIK PLLC
                                                                               360 Lexington Avenue, 11th Floor
                                                                               New York, New York 10017
                                                                               Telephone: (212) 397-1000
                                                                               Fax: (646) 843-7603
                                                                               Email: pmaslo@napolilaw.com
                                                                                                   adressel@napolilaw.com

Case 5:16-cv-00388-R   Document 64   Filed 06/27/17   Page 2 of 3

2

        Noble McIntyre
        Jeremy Thurman
        MCINTYRE LAW, P.C.
        8601 South Western Avenue
        Oklahoma City, OK 73139
        Telephone: (405) 917-5250
        Fax: (405) 917-5405
        Email: Noble@McIntyreLaw.com
              Jeremy@McIntyrelaw.com

*Counsel for Kevin Bradshaw*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 27, 2017, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*
